IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CASSIOPEA S.P.A., COSMO PHARMACEUTICALS N.V., SUN PHARMACEUTICAL INDUSTRIES, LTD. and SUN PHARMACEUTICAL INDUSTRIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AUROBINDO PHARMA LTD. and AUROBINDO PHARMA USA, INC.,<br><br>Defendants. | Civil Action No. 3:24-cv-10734<br><br>**AUROBINDO PHARMA LTD. and AUROBINDO PHARMA USA, INC.'s RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc., through their undersigned counsel, state as follows:

1. Aurobindo Pharma USA, Inc. is a wholly owned subsidiary of Aurobindo Pharma Ltd.

2. Aurobindo Pharma Ltd. certifies that it does not have a parent corporation.

3. Aurobindo Pharma Ltd. is a publicly held company organized and existing under the laws of India.

4. No publicly held corporation owns 10% or more of the stock of Aurobindo Pharma Ltd. or Aurobindo Pharma USA, Inc.

Respectfully submitted,

Dated: January 24, 2025
OF COUNSEL:

Sailesh K. Patel

*/s/ Rebekah Conroy*
Rebekah Conroy
25A Hanover Road, Suite 301
Florham Park, New Jersey 07932

2

Helen H. Ji
ARENTFOX SCHIFF LLP
233 S. Wacker Dr., Suite 6600
Chicago, IL 60606
(312) 258-5500
Sailesh.Patel@afslaw.com
Helen.Ji@afslaw.com

Tel: 973-400-4181
rconroy@stoneconroy.com

*Attorneys for Defendants Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc.*